UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NIDAL HAMIDO, et al.,

    Plaintiffs,           Case No. 22-cv-11081
                             Hon. Matthew F. Leitman

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated: June 27, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2022, by electronic means and/or ordinary mail.

                               s/Holly A. Ryan
                               Case Manager
                               (313) 234-5126